# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>Benjamin Coronado-Medrano<br><br>　　　　　　　　　Defendant. | Case No. 24cr1691-TWR<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

☒ Ct 1 -  8:1325(a)(1) - Attempted Unlawful Entry by an Alien (Felony)

☒ Ct 2 - 8:1326(a),(b) - Attempted Reentry of Removed Alien

Dated:　11/12/2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　David Leshner

　　　　　　　　　　　　　　　　　　　　　Hon. David D. Leshner
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge